**United States District Court**
For the Northern District of California

\*E-Filed 10/13/10\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ALLAN RISTAU, | No. C 10-3576 RS (PR) |
| Petitioner, | **ORDER ADMINISTRATIVELY CLOSING CASE;** |
| v. | |
| STATE OF CALIFORNIA, | **DIRECTING CLERK TO FILE PETITION IN CASE NO. 09-4216 RS (PR)** |
| Respondent. | |

The Court regards the instant petition as including a motion to reopen a dismissed action, No. 09-4216 RS (PR).  The Clerk of the Court is hereby DIRECTED to close administratively the above-titled action, No. 10-3576, and to file the instant filing as an amended petition in Case No. 09-4216, which will be reopened in a separate order.

**IT IS SO ORDERED**.

DATED: October 13, 2010

_____
RICHARD SEEBORG
United States District Judge